## Commonwealth ex rel. Sherman *v.* Burke, Warden.

Argued December 6, 1949. Before MAXEY, C. J., STERN, STEARNE and JONES, JJ.

*Michael von Moschzisker,* with him *Louis Lipschitz* and *Thomas D. McBride,* for relator.

*James W. Tracey, Jr.,* First Assistant District Attorney, with him *John H. Maurer,* District Attorney, for Commonwealth.

OPINION PER CURIAM, January 5, 1950:

On the showing made by the petitioner, the question involved is whether he is now eligible for parole. A petition for a writ of habeas corpus is not the proper procedure for obtaining an adjudication of the petitioner's alleged rights in the premises: cf. *Kinsella v. Board of Trustees,* 340 Pa. 497, 498, 17 A. 2d 882.

Petition denied.